```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
KEMEALO TCHALIM, *on behalf of herself and all* :
*other persons similarly situated*, :
:
:
Plaintiff :
:
-v- :                      1:23-cv-75-GHW
:
:
150 RIVERSIDE OP. LLC, *doing business as* THE :                ORDER
RIVERSIDE PREMIER REHABILITATION :
AND HEALING CENTER., :
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This case was filed on January 5, 2023.  Dkt. No. 1.  On August 18, 2023, the Court granted Defendants' seventh request for an extension of time to answer or otherwise respond to the complaint, setting a deadline of September 5, 2023.  Dkt. No. 22.  As of September 6, 2023, Defendant has neither answered nor otherwise responded to the complaint, nor has Defendant requested an additional extension.

      The parties are directed to submit a joint letter providing the Court with an update on the status of this case, due no later than September 11, 2023.

      SO ORDERED.

Dated:  September 6, 2023
       New York, New York

                                                        _____
                                                      GREGORY H. WOODS
                                                   United States District Judge