UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/2023

KEMEALO TCHALIM, *on behalf of herself and all other persons similarly situated,*

Plaintiffs,

-v-

150 RIVERSIDE OP. LLC, *doing business as* THE RIVERSIDE PREMIER REHABILITATION AND HEALING CENTER,

Defendant.

.
------------------------------------------------------------------X

1:23-cv-75-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 26, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 10, 2023.  Dkt. No. 29.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's September 26, 2023 order forthwith, and in no event later than October 13, 2023.

SO ORDERED.

Dated:  October 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge