```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                                             :

KEMEALO TCHALIM, *on behalf of herself and all other persons similarly situated*,  :

                                                      Plaintiffs,  :        1:23-cv-75-GHW

                                    -v-                          :           ORDER

150 RIVERSIDE OP. LLC, *doing business as* THE RIVERSIDE PREMIER REHABILITATION AND HEALING CENTER,  :

                                             Defendant.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated October 13, 2023, the parties have informed the Court that all parties do not consent to proceed before the Magistrate Judge; and the parties requested "a two-week extension of time." Dkt. No. 32.  The parties' joint motion described in part (1)(b) of the Court's September 26, 2023 order—setting forth their views as to why their settlement is fair and should be approved—is due no later than October 27, 2023.

      SO ORDERED.

Dated:  October 16, 2023
New York, New York

                                                       GREGORY H. WOODS
                                                  United States District Judge