```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
KEMEALO TCHALIM, *on behalf of herself and all*  :
*other persons similarly situated*,  :
: 1:23-cv-75-GHW
Plaintiffs,  :
-v-  : ORDER
:
150 RIVERSIDE OP. LLC, *doing business as* THE  :
RIVERSIDE PREMIER REHABILITATION  :
AND HEALING CENTER,  :
Defendant.  :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On October 26, 2023, the parties filed a notice of acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68. Dkt. No. 34. In so doing, the parties did not file the "form of proposed order for the entry of judgment consistent with the terms of the offer and acceptance," as described in the Court's September 26, 2023 order, Dkt. No. 29. If the parties wish to resolve Plaintiff's Fair Labor Standards Act claims in the case by an offer and acceptance of judgment pursuant to Rule 68(a), the parties are directed to submit the associated form of a proposed order to that effect no later than November 9, 2023.

SO ORDERED.

Dated: November 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge