USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

KEMEALO TCHALIM, on behalf of herself
and all other persons similarly situated,,

                 Plaintiffs,

-against-

150 RIVERSIDE OP. LLC d/b/a The Riverside
Premier Rehabilitation and Healing Center,

                 Defendants.

---------------------------------------------------------X

23-cv-00075

~~(PROPOSED)~~ **JUDGMENT**

WHEREAS on or about October 26, 2023, Defendant 150 Riverside Op. LLC. extended to Plaintiff KAMEALO TCHALIM an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of One Thousand Dollars and No Cents ($1,000.00), inclusive of costs and reasonable attorneys' fees incurred in complete satisfaction of Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Complaint, and whereas said Plaintiff accepted said offer on or about October 26, 2023;

JUDGMENT shall be entered in favor of said Plaintiff against said Defendant 150 Riverside Op. LLC. in the amount of One Thousand Dollars and No Cents ($1,000.00) with respcet to that claim.

SO ORDERED.

Dated: November 8, 2023
New York, New York

                                      _____
                                      GREGORY H. WOODS
                                      United States District Judge

4866-3948-8654, v. 1